UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH EQUITY SERVICES, LLC d/b/a COMMONWEALTH FINANCIAL NETWORK, <br><br> Defendant. | Case No. 19-cv-11655-IT |

**FOURTH JOINT STATUS REPORT**

The parties submit this fourth status report pursuant to the Court's March 31, 2020 Order(ECF No. 28).  Due to the ongoing national emergency arising out of the COVID-19 pandemic and related restrictions on travel, congregating in groups, and access to commercial and government buildings, the parties have not begun, and do not currently anticipate the ability to begin, scheduling and taking depositions.  The parties are engaged in ongoing written discovery.

The parties are scheduled to appear before the Court for a status conference in two weeks, on Tuesday, June 9 at 3:00pm.  The parties plan to file a joint request to postpone that status conference, in view of the continuing inability to conduct depositions and reset pretrial dates, or otherwise to hold the status conference by video-conference technology.

Respectfully submitted,

FOR THE PLAINTIFF:

*/s/Richard M. Harper II*
Alfred A. Day (Mass. Bar No. 654436)

1

        Richard M. Harper II (Mass. Bar No. 634782)
        Securities and Exchange Commission
        Boston Regional Office
        33 Arch Street, 24th Floor
        Boston, MA  02110
        (617) 573-8900
        daya@sec.gov
        harperr@sec.gov


        FOR THE DEFENDANT:

        */s/Stephen J. Crimmins*
        Thomas A. Ferrigno (*pro hac vice*)
        Stephen J. Crimmins (Mass. BBO #544930)
        Elizabeth L. Davis (*pro hac vice*)
        Murphy & McGonigle PC
        1001 G Street NW, 7th Floor
        Washington DC 20001
        (202) 661-7031 (Crimmins direct)
        tferrigno@mmlawus.com
        scrimmins@mmlawus.com
        edavis@mmlawus.com

Dated:  May 26, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 26, 2020.

        */s/ Richard M. Harper II*