UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH EQUITY SERVICES, LLC )<br>d/b/a COMMONWEALTH FINANCIAL )<br>NETWORK, )<br>)<br>Defendant. )<br>) | Case No. 19-cv-11655-IT |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF ADVISORY ACCOUNT LIST AND DATA EXCLUSIVELY IN POSSESSION OF DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, the Securities and Exchange Commission hereby respectfully moves the Court to compel Commonwealth Equity Services, LLC ("Commonwealth") to produce documents in response to Request No. 1 of the Commission's amened third request for the production of documents.  This request seeks a list of advisory accounts that were open during the relevant time period alleged in the complaint and, within that list, identifying the Commonwealth PPS advisory programs with which they were associated and their applicable transaction fee codes.

For the reasons more fully stated in the accompanying memorandum of law, the requested list of advisory accounts will enable the Commission to perform an accurate analysis of the holdings and trading data that will support the Commission's claims and respond to certain of Commonwealth's defenses.  Further, the requested list is proportionate to the needs of this securities enforcement action against an SEC-registered investment advisor holding billions of

dollars in assets for retail advisory clients and alleging its failure to disclose conflicts of financial interest generated by the advisor's receipt of millions of dollars in revenue sharing payments.

        Respectfully submitted,

        SECURITIES AND EXCHANGE COMMISSION
        By its attorneys,

        */s/Richard M. Harper II*
        Alfred A. Day (Mass. Bar No. 654436)
        Richard M. Harper II (Mass. Bar No. 634782)
        Securities and Exchange Commission
        Boston Regional Office
        33 Arch Street, 24th Floor
        Boston, MA  02110
        (617) 573-8900
        daya@sec.gov
        harperr@sec.gov

Dated:  August 27, 2020

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned states that between July 23 and August 14, 2020 counsel for both parties conferred in good faith by telephone and email but were unable to resolve the issues presented by this motion.

        */s/Richard M. Harper II*
        Richard M. Harper II

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/Richard M. Harper II*
        Richard M. Harper II