UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMONWEALTH EQUITY SERVICES, LLC<br>d/b/a COMMONWEALTH FINANCIAL NETWORK,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:19-cv-11655-IT |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Securities and Exchange Commission, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Civil Procedure, respectfully moves for entry of partial summary judgment against Defendant Commonwealth Equity Services, LLC d/b/a Commonwealth Financial Network ("Commonwealth") to find Commonwealth liable for violating Sections 206(2) and 206(4) of the Investment Advisers Act of 1940, and Rule 206(4)-7 thereunder.[1] This motion is accompanied by the Commission's Memorandum in Support of Summary Judgment, a Local Rule 56.1 Statement of Material Facts, and an Appendix of Testimony and Exhibits.

---

[1] The parties agreed to file motions for summary judgment only as to liability.  Upon entry of an order granting summary judgment, the Commission will move the Court for imposition of remedies as part of motion for entry of final judgment. This summary judgment practice is common in SEC enforcement cases.  *See, e.g., SEC v. Trikantzopoulos*, 20-cv-11156-RGS (D. Mass.), ECF Nos. 21-34 (summary judgment motion), ECF No. 27 (order granting motion for summary judgment), ECF No. 30-31 (motion for entry of final judgment), and ECF No. 33 (final judgment).

Date: November 17, 2021

                              Respectfully submitted,

                              //s//Richard M. Harper II
                              Robert Baker (Mass. Bar No. 654023)
                              Alfred A. Day (Mass. Bar No. 654436)
                              Richard Harper (Mass. Bar No. 634782)
                              Naomi Sevilla (Mass. Bar No. 645277)
                              SECURITIES AND EXCHANGE COMMISSION
                              Boston Regional Office
                              33 Arch Street, 24th Floor
                              Boston, Massachusetts 02110
                              (617) 573-4537 (Day direct)
                              (617) 573-8979 (Harper direct)
                              (617) 573-4590 (fax)
                              daya@sec.gov (Day email)
                              harperr@sec.gov (Harper email)

## Certificate of Service

  I hereby certify that, on November 17, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

                  /s/Richard M. Harper II
                  Richard M. Harper II