# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:19-cv-11655 IT |
| COMMONWEALTH EQUITY SERVICES, LLC | ) | |
| d/b/a COMMONWEALTH FINANCIAL NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT COMMONWEALTH EQUITY SERVICES, LLC's
## MOTION FOR SUMMARY JUDGMENT

The Defendant Commonwealth Equity Services, LLC d/b/a Commonwealth Financial Network ("Commonwealth") hereby moves for summary judgment on all claims filed against it by Plaintiff Securities and Exchange Commission ("SEC"). Specifically, Commonwealth seeks a ruling that it did not violate Sections 206(2) or 206(4) of the Investment Advisers Act of 1940 ("Advisers Act") or Rule 206(4)-7 thereunder.

Commonwealth also seeks summary judgment on its Third Affirmative Defense (Failure to Allege Facts Showing Conflict of Interest), Fourth Affirmative Defense (Failure to Allege Facts Showing Insufficient Disclosure),Fifth Affirmative Defense (Failure to Allege Facts Showing Deception), and Seventh Affirmative Defense (Fair Notice Under Due Process Clause).

In support of its motion for summary judgment, Commonwealth submits the accompanying Memorandum in Support of Motion for Summary Judgment, a Local Rule 56.1 Statement of Undisputed Material Facts, and an appendix of exhibits. Commonwealth also submits herewith a proposed judgment.

Dated:  November 17, 2021

*/s/ Thomas A. Ferrigno*
Thomas A Ferrigno (*pro hac vice*)
Stephen J. Crimmins (Mass. BBO #544930)
Elizabeth L. Davis (*pro hac vice*)
Murphy & McGonigle, PC
1001 G Street, N.W., 7th Floor
Washington, DC  20001
202.661.7000

## CERTIFICATE OF SERVICE

I certify that on November 17, 2021, I caused a copy of the foregoing to be served by means of the Court's CM/ECF system.

*/s/ Thomas A. Ferrigno*
Thomas A Ferrigno